# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GONZALEZ,<br><br>Defendant. | Case No. 16-2458M<br><br>ORDER OF DETENTION |

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I.

On January 10, 2017, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender Craig Harbaugh was appointed to represent Defendant. The Court conducted a detention hearing.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)]. At this time, Defendant submits on the recommendation of detention.

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the

arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ admitted drug use and drug-related arrests
- ☒ may be violating active restraining order
- ☒ Unknown sureties
- ☒ Outstanding failures to appear for DMV matters.

As to danger to the community:

- ☒ Allegations in present charging document
- ☒ Admitted drug use
- ☒ recent criminal history

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: January 10, 2017                    /s/
                                           HON. ALKA SAGAR
                                           UNITED STATES MAGISTRATE JUDGE